■ ALBERT E. LEFFERT, Appellant, v. HYMAN MARCUS, Respondent, et al., Defendants.— Order unanimously reversed, on the law, with $20 costs and disbursements to appellant, and defendant-respondent's motion to dismiss the amended complaint for insufficiency denied, with $10 costs. In this stockholder's derivative action the motion to dismiss was addressed to the entire complaint, but some of the allegations at least, such as the granting of stock options to respondent as a result of his misrepresentations, sufficiently set forth acts of misconduct for which the corporation can recover. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Stevens, JJ.

■ OTTO HANSEN, as Trustee under the Deeds of Trust Established by ADA B. STORM, Respondent, v. CAROL MacB. STORM et al., as Executrices of ADA B. STORM, Deceased, Appellants. OTTO HANSEN, as Trustee under the Deeds of Trust Established by ADA B. STORM, Respondent, v. CHEMICAL CORN EXCHANGE BANK, Defendant and Interpleading Plaintiff. CLARA Y. HILDRETH et al., as Executrices of ADA B. STORM, Deceased, Interpleaded Defendants-Appellants.— Order unanimously modified, on the law and on the facts, to the extent of directing entry of judgment on the merits, with $20 costs and disbursements to appellants. The stipulation entered into among the parties in open court purported to "settle and discontinue" certain claims as well as the consolidated action based upon said claims, by the interchange of cash and securities in "full satisfaction" of such claims. The payment and deliveries as contemplated by the stipulation were actually made. Claims which have thus been settled and discontinued should no longer be the subject of further litigation unless the stipulation be rescinded for proper grounds. Such a settlement is an effective disposition on the merits. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ DOROTHY GELMAN, Appellant, v. IRVING GELMAN, Respondent.— Order unanimously reversed, on the law and on the facts and in the exercise of discretion, with $20 costs and disbursements to the appellant, and matter remanded for a new hearing. The record before the court does not satisfactorily indicate that respondent's financial circumstances have materially worsened, nor has plaintiff-appellant made any showing of her financial condition and needs. At a further hearing such matters can be more fully explored. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ JEAN AURAUJO et al., Respondents, v. HOTEL SUTTON, Appellant.— Order unanimously modified, on the law and on the facts and in the exercise of discretion so as to grant the motion to dismiss for failure to prosecute unconditionally on the ground that there is lacking an affidavit of merits by the plaintiffs, with leave, however, to plaintiffs to move to vacate the dismissal, within one year from the date of service of the order herein with notice of entry thereof, upon proper affidavits by parties plaintiff. Except as thus modified, the order is affirmed, with $20 costs and disbursements to defendant-appellant. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.